Martik **SARGSYAN** and Kristine Sargsyan, Petitioners,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72040.

United States Court of Appeals, Ninth Circuit.

May 9, 2013.

Gittel Gordon, Law Offices of Gittel Gordon, La Jolla, CA, Artem M. Sarian, Esquire, Sarian Law Group, APLC, Glendale, CA, for Petitioners.

OIL, Imran Raza Zaidi, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: JEROME FARRIS, JOHN T. NOONAN, and JAY S. BYBEE, Circuit Judges.

### ORDER

The motion for attorney's fee is DENIED. The government's position was substantially justified.

NOONAN, Circuit Judge, concurring:

I concur because the statute is clear. I regret the result. An able and experienced lawyer who devoted substantial time to aid persons threatened with deportation is denied remuneration for her services. At the very least, we should be able to postpone a decision on the fees until the conclusion of the case. The EAJA does not work well when it compels a court to cut off compensation of careful and effective advocacy.